# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Fluor Enterprises, Inc. ) ASBCA No. 59368
)
Under Contract No. W52P1J-07-D-0008 )

APPEARANCES FOR THE APPELLANT: Karen L. Manos, Esq.
Dhananjay S. Manthripragada, Esq.
Jin I. Yoo, Esq.
Gibson, Dunn & Crutcher LLP
Washington, DC

Donald M. Yenovkian II, Esq.
Senior Counsel

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Samuel W. Morris, Esq.
Trial Attorney
Defense Contract Management Agency
Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 10 November 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59368, Appeal of Fluor Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals